IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-01103-LTB-CBS

FORESIGHT PRODUCTS, LLC.,
a Colorado limited liability company,

    Plaintiff and Counterclaim-Defendant,

v.

MDM PRODUCTS, LLC,
a Connecticut limited liability corporation,

    Defendant and Counterclaim-Plaintiff.

---

### MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Defendant's Unopposed Motion to Allow Defendant's Counsel to Appear Via Telephone at Rule 16(b) Scheduling Conference (*doc. no. 13)* is **GRANTED**.  Mr. Winter is directed to dial 303.844.2117 to participate in the scheduling conference.


**DATED:**   September 5, 2007