**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   07-cv-01103-LTB-CBS

FORESIGHT PRODUCTS, LLC., a Colorado limited liability company,

      Plaintiff and Counterclaim-Defendant,

v.

MDM PRODUCTS, LLC, a Connecticut limited liability corporation,

      Defendant and Counterclaim-Plaintiff.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 20 - filed October 18, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                 s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   October 19, 2007